# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-60552
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**

March 7, 2017

Lyle W. Cayce
Clerk

ROBERT R. ACEVEDO,

Petitioner

v.

UNITED STATES RAILROAD RETIREMENT BOARD,

Respondent

Petition for Review of an Order of the
Railroad Retirement Board
RRB No. 14-AP-0056

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.